UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EHSAN MOHAMMAD NOURZAY,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 17-2385-JPR<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is denied; (2) the Commissioner's request for an order affirming the Commissioner's final decision is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 13, 2018

JEAN ROSENBLUTH
U.S. Magistrate Judge